UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO H. JIMENEZ PEREZ,<br><br>                          Petitioner,<br><br>-v.-<br><br>UNITED STATES OF AMERICA,<br><br>                          Respondent. | 25 Civ. 3400 (JHR)<br><br>09 Cr. 159 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On May 9, 2025, Petitioner filed an Emergency Motion for Temporary Stay of Removal Pending Final Disposition of Petition for Writ of Error *Coram Nobis*. ECF No. 10. The motion posted to the docket on May 13, 2025. It is hereby ORDERED that:

1. By **May 20, 2025**, the Government shall respond to Petitioner's request for an emergency stay of removal; and

2. By **May 23, 2025**, Petitioner shall file a reply in further support of his motion.

The Clerk of Court shall electronically notify the Criminal Division of the United States Attorney's Office for the Southern District of New York that this Order has been issued.

SO ORDERED.

Dated: May 14, 2025
       New York, New York

                                                                                 _____
                                                                                   JENNIFER H. REARDEN
                                                                                   United States District Judge