

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 30, 2025

> Application GRANTED. By **July 7, 2025**, "[t]he proposed sealed document[s] shall be separately . . . filed under seal on ECF (with the appropriate level of restriction) and electronically related to the motion (or to the relevant Court order, if the Court previously granted leave to file the document under seal)." Indiv. Rule 9.C.ii.
>
> The Clerk of Court is directed to terminate ECF No. 39.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: July 1, 2025

**By ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Jimenez Perez*, 09 Cr. 159 (JHR)
*Jimenez Perez v. United States*, 25 Cv. 3400 (JHR)

Dear Judge Rearden:

    The Government respectfully requests leave to file three documents under seal in the above-captioned cases.

    On June 27, 2025, the Government filed a memorandum in opposition to the petitioner-defendant's petition for a writ of error *coram nobis* in the above-captioned cases. 25 Civ. 3400, Dkt. 37; 09 Cr. 159, Dkt. 75. Attached to that memorandum were three exhibits, which the Government submitted by email to the Court and to the petitioner-defendant. Exhibits A and B previously were sealed by the Court, and are not currently available on the public docket. Similarly, Exhibit C has not been publicly filed. For these reasons, as well as those set forth in the Government's memorandum in opposition, the Government respectfully requests that the Court maintain those records under seal.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: *Rebecca Delfiner*
    Rebecca Delfiner
    Assistant United States Attorney
    (212) 637-2427

cc: Eduardo H. Jimenez Perez (by ECF and email)