**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EDUARDO H. JIMENEZ PEREZ,

                          Plaintiff,                        **ORDER**

                    -against-                      **25-CV-3400 (JHR) (JW)**

UNITED STATES OF AMERICA,

                         Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Given the lapse in funding to the Department of Justice and the issuance on October 1, 2025, of a Standing Order staying certain deadlines in civil cases where the Government is a party, all deadlines in this matter are stayed and time is tolled.

      SO ORDERED.

DATED:    New York, New York
               October 6, 2025

                                                               */s/ Jennifer E. Willis*
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge