UNITED STATES DISTRICT
SOUTHERN DISTRICT OF

The request for a Spanish interpreter at the discovery conference and future conferences in this case is GRANTED.
SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
February 11, 2026

---

**EDUARDO H. JIMENEZ PEREZ,**

Petitioner/Pro-se.

v.

**UNITED STATES OF AMERICA**

Respondent.

**CIVIL ACTION**

No.: 1:25-cv-03400-JHR-JW

---

## Letter Motion Requesting Spanish Court Interpreter

Your Honor:

Petitioner Eduardo H. Jimenez Perez respectfully moves the Court to provide a certified Spanish-language court interpreter due to limited proficiency in English. Petitioner requests that a Spanish interpreter be provided for the in-person discovery conference scheduled for February 26, 2026, and for any other in-person or remote hearings, conferences, or proceedings in this case, including proceedings before the District Judge.

This request is made to ensure that Petitioner can fully understand the proceedings and communicate accurately with the Court.

Respectfully submitted,

Eduardo H. Jimenez Perez
301 East 99th Street, Apt. 303
New York, NY 10029
rp_eduardo@hotmail.com

## CERTIFICATE OF SERVICE

I, Eduardo H. Jimenez Perez, certify that on **February 9, 2026,** I served a true and correct copy

of the foregoing Notice upon the following recipients by USPS Certified Mai.

**Rebecca R. Delfiner, Assistant United States Attorney**

United States Attorney's Office, Southern District of New York

26 Federal Plaza, 37th Floor

New York, NY 10278

**Frederick L. Sosinsky, Esq.**

The Law Offices of Frederick L. Sosinsky

45 Broadway, Suite 3010

New York, NY 10006

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 9, 2026

Eduardo H. Jimenez Perez

301 East 99th Street, Apt. 303

New York, NY 10029