UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EDUARDO H. JIMENEZ PEREZ,

                         Plaintiff,                        **ORDER**

          -against-                      **25-CV-3400 (JHR) (JW)**

UNITED STATES OF AMERICA,

                        Defendants.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On February 26, 2026, the Court held a discovery conference to address Petitioner's motion to compel the production of documents from his criminal case related to the instant Petition. For the reasons stated more fully on the record, the Court orders the following:

- Attorney Sosinsky responded to Petitioner's Rule 45 subpoena on February 24, 2206. Petitioner filed the subpoena response on the docket on February 25, 2026. Accordingly, Attorney Sosinsky has now fully complied with the Court's motion to compel dated July 7, 2025.

- Petitioner's request to maintain privilege under Rule 502(d) is **DENIED.** Petitioner's claim of ineffective assistance of counsel claim constitutes waiver of the attorney-client privilege.

- Petitioner's request for an *ex parte* conference with the Court is **DENIED.**

- Petitioner's motion for an order directing Attorney Sosinsky to prepare a declaration regarding his recollection of the advice he provided Petitioner related to his immigration status is **GRANTED.**  Respondent is to file a proposed order

for the Court's signature by **March 5, 2026.**  After the Court has signed the order,

Respondent is to serve it on Attorney Sosinsky.

- Respondent is to order a transcript of the conference and provide a copy to

  Petitioner.


SO ORDERED.

DATED:     New York, New York
           February 27, 2026

                                        _____
                                        JENNIFER E. WILLIS
                                        United States Magistrate Judge

2