UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eduardo H. Jimenez Perez,

                       Plaintiff,

             v.

United States of America,

                    Defendant.

**25 Cv. 3400 (JHR) (JW)**

**ORDER**

WHEREAS Eduardo H. Jimenez Perez (the "Petitioner") has moved to vacate his criminal conviction in *United States v. Jimenez Perez*, 09 Cr. 159 (JHR) on the ground of ineffective assistance of counsel (*see* Dkt. 1); and

WHEREAS the Court, after reviewing the motion papers, has concluded that the testimony of the Petitioner's former counsel, Frederick Sosinsky, Esq., will be needed in order to allow the Court to decide the motion (*see* Dkt. 59); and

WHEREAS by making the motion, the Petitioner has waived the attorney-client privilege as a matter of law (*see* Dkt. 59); and

IT IS HEREBY ORDERED that Mr. Sosinsky shall give sworn testimony, in the form of an affidavit, addressing the allegations of ineffective assistance of counsel made by the Petitioner, and Mr. Sosinsky's recollection of the advice he provided Petitioner related to his immigration status.

Dated: New York, New York
       March 6, 2026

*Jennifer E. Willis*
UNITED STATES MAGISTRATE JUDGE